IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:98-CR-185-2-BO
No. 5:16-CV-536-BO

| | |
|---|---|
| EMANUEL LEON BARNHARDT, | ) |
| Petitioner, | ) |
| v. | ) ORDER |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

For good cause having been shown upon the unopposed motion of Respondent to lift the stay entered on September 8, 2016, it is hereby ORDERED that the stay at Docket Entry 133 is LIFTED.

This **30** day of **June**, 2017.

TERRENCE W. BOYLE
United States District Judge