UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:98-CR-185-FL-2

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| EMANUEL LEON BARNHARDT | |

This matter is before the Court on the defendant's Unopposed Motion for Early Termination of Supervised Release. Upon the parties' representation that the defendant has satisfied his court ordered fines and restitution, and in light of his satisfactory performance on supervision, the Court finds that Mr. Barnhardt has met all conditions of his supervision and is a candidate for early termination. Upon good cause shown, it is hereby ORDERED that the term of supervision previously imposed be terminated as to Mr. Barnhardt.

SO ORDERED. This 21st day of July, 2026.

_____
LOUISE W. FLANAGAN
United States District Judge

*CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was served upon:

Jennifer May-Parker
United States Attorney's Office - EDNC
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
919-856-4530
Email: jennifer.may-parker@usdoj.gov

by electronically filing the foregoing with the Clerk of Court on July 21, 2026, using the CM/ECF system which will send notification of such filing to the above and/or via email.

This, the 21st day of July, 2026.

*/s/ Deirdre A. Murray*
DEIRDRE A. MURRAY
Assistant Federal Public Defender
Attorney for Defendant
Office of the Federal Public Defender
409-A Broad Street
New Bern, NC 28560
Telephone: 252-633-2970
Fax: 252-633-6385
E-mail: Deirdre_Murray@fd.org
Connecticut Bar No. 22981
LR 57.1 Counsel Appointed